#4

15BK/KCB
No fee/IFP

IN The united States District Court OF Pennsylvania

Tyrick Harris
 Petitioner

3:24-CV-304

RECEIVED

DEC 2 0 2024

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

V.

David CLOSE Et Al.
 Respondent

Preliminary inJunctions And permanent inJunctions order under Federal Rule 65 procedures

Comes Now that the petitioner Mr Tyrick Harris that is currently housed, And incarcerated at ScI Houtzdale institution prays that this court Grant preliminary inJunction order in support of Application mr Tyrick Harris as follows.

I have a Qualified Disability as defined in 42 U.S.C. §§ 12102 [L]. I suffer from progressive hearing loss into both of my ears. I have been in and out of the outside Hospital well over thirty times do to this Disability. And also from two CT scans results from Temple university hospital doctors in philadelphia I was dianosed with "otoselerosis, And Tinitus, with vertigo into both of my ears." I also was Dianosed with neurology in my brain from two CT scans as well from Temple Hospital.

do to these dianosed disabilities the head Doctor in the medical department at SCI Phoenix mr. Dr. Letizzo issued me a Temporary medical Z code on Janurary 26, 2023

10

up to June 21, 2023, so that I can be kept housed in a single cell by s/ef for my safety do to my disabilities. And the Dr. gave me a recommdation to be kept housed in a cell by my self permanenty following the staff process. on may 29, 2023 I was housed into BHU due to a separation from a staff member at SCI Phoenix. on this date the staff disobey mr. Dr. Lettizo orders by keeping me housed in a single cell by my self, And puting someone else in with me. I Exhaust all grievances, and the medical, And superindents will not keep me housed in a cell by my self please Attched grievance response on this matter.

2.

On January 15, 2024 during my time being housed at SCI chester prison I was physically assauted by a cellmate by the name of "Rafael martinez". This is being deliberate, And indifference by prison staff with discrimination to my disability rights under ADA Laws, And my eigth Amendment consitutional rights by not Honoring Dr. Letizzo recommdations to keep me housed in a single cell do to my health, And safety when prison staff is very aware of these medical disabilities, And that me being in a unsafe living conditions is not good to my health without me being "unable to hear anything when I'm up or a sleep in a cell with another inmate.

3.

This inmate assaulted me that got me send to the BHU for me defending my self from danger. please see Attched misconduct reports on this very matter. And also please see Attched unit team request from unit team at SCI Houtzdale on why they will not give me a single cell for my medical disabilities.

see cases on prison staff denying medical treatments to inmates. Estelle V. Gamble 429 U.S. 97, 103 (1976) Also see cases on prisoners need not to wait on an assaults to occurred.

Farmer V. Brennan 511 U.S. at 845; And Riley V. Jeffes, 777 F.2d 143, 147 (3d cir 1985)

4.

## Prayer For Relief

Wherefore plaintiff respectfully prays that this court enter a Judment today Granting the Plaintiff preliminary injunctions relief during the Exhaustions of the petitioner grievances, And civil suit process. And For the superindent Mr. David Close at SCI Houtzdale, And the medical staff at SCI Houtzdale to Honor Dr. Letizzo recommdations to be keep housed into a single cell permanenty do to my safety because of my hearing loss disabilities defined in 42 U.S.C. §§ 12102 [1], And do to my neurology disabilities in my Brain.

Date 12-17-24

Tyrick Harris KZ6351
SCI Houtzdale
209 institution Drive
Houtzdale, PA
16698-1000

In The United States District Court of Pennsylvania

Tyrirk Harris
    Petitioner
V.

David Close E.T .AL
    Respondent

Received
FILED

DEC 16 2024

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

**Preliminary Injunctions And Permanent Injunctions order under Federal rule 65 Procedures**

    Comes now that the petitioner Mr. Tyrirk Harris, that is currently housed and incarcerated at SCI Houtzdale institution prays that this Court grant preliminary injunction order in support of application Mr. Tyrirk Harris as follows.
On 7-9-2024 I Mr. Tyrirk Harris went out to see a Audiologist at temple unversity Hospital in philadelphia for my progessive hearing loss disability into both of my ears. The Audiologist by the name of Ms Dr. pollar at temple Hospital gave me a recommdation for surgery into both of my ears, and for me to be kept housed at SCI Chester prison permanenty for future treatments, and also do to SCI Chester prion poplation is very less over crowded ,and with safer living conditions with recovery units that is compatible for my disabilites. And because after the surgey the Audiologist said that I could go completey deaf on 7-15-2024, I was ship to SCI Houtzdale prison.

    I did how ever notified the medical staff at SCI Houtzadale on these recommdations, and Mr. Jeff Mease, and Dr. Najl the two said that they are not going to honor the outside Audiologist recommdations to be kept housed at SCI Chester prison permanenty for surgey and treatments. I then also notified the superindent of the prison and Mr. David Close at SCI Houtzdale on 11-20- 2024 on the matter, and he did'not grant these medical from the outside Audiologist at Temple Hospital. I also contacted Mr. Ahemus the adminstrator of the medical department at S.CI Houtzdale on these recommodations on 11-26 -24 , and on 11-27-24 his response he did not honor these recommedations by stating that there is no medical need for a transfere. see DC135 A request slip in exhibits. The Medical staff and the superintendant at SCI Houtzdale prison is being deliberate indifference and with discrimination to my disability rights under ADA Law and the Eight amendment constituion by not honering the outside Audiologist recomendation on my treatment process . The Medical staff and the superintendant at SCI Houztdale also continulal with there deliberate indifference by stating on why they are not going to honor these recomendations with false conclusions by continual to state that outside doctors cant housed inmates .

See cases Deny medical treatment on inmates Estelle V. Gamble, 429 U.S. 97, 103 [1976] Also see cases on overcrowding prisons French .V. Owens, 777 F.2d 1250 [7thcir.1985] And also see Toussaintt v. yockey,722 F. 2d 1490 [9thcir]1984. The staff at SCI Houzdale know that I have documents from central office that has the final say on all transfers though out the state, when they know that central office approved these recommdations by "ordering" me to contact the medical staff at SCI Houzdale. See Exhit attched response from central office on DC 135 A Imate request slip on the matter. With the facility medical staff is giving me inadequate medical care by denying me outside treatments for surgery, and just by giveing me hearing aids thinking that my health is just going to be okay.

With knowing that this is just a temporary fix when the medical department at SCI Houtzdale prison is very aware of my progressive hearing loss defined in 42 U.SC. 121 [1]. And that this conditions comes with otosclerosis Tinitus, and vertigo into both of my ears. I also notified the oppration population management department on 9-23-2024 in central office that has the final say on all transfers though out the state of PA. And Mr. perry in that DOC Department told me to get with the medical department at SCI Houzdale on this recommdation by the outside Audiologist for me tobe kept housed at SCI Chester prison permanenty for surgey. Which I did notified the medical deparment but they where still being very deliberate, and indifference relates to these recommdations on this medical transfer to SCI Chester prison permanenty.

**PRAYER FOR RELIEF**

Wherefore plaintiff respectfully prays that this Court enter Judment granting plaintiff relief during the exhaustions of the petitioner grievances, and civil suit process. For the superindent Mr. David Close, and the medical staff at SCI Houtzdale to honor the petitioner Mr. Tyrirk Harris outside audiologist at Temple Hospital recommdations, and DOC central office recommdations tobe kept housed at SCI Chester prision permanently for surgery into both of my ears, and for future treatments after the surgery.

DATE 12-10    2024

Tyrirk Harris KZ6351
SCI Houtzdale
209 institution Drive
Houtzdale, PA 16698-1000